F I L E D
Clerk
District Court

SEP 13 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No: CR 07 - 00027 |
| Plaintiff, | **COMPLAINT** |
| v. | 18 U.S.C. §§ 111(a) and (b)<br>(Count 1) |
| ONGRUNG, PRISCO,<br>a/k/a OMGRUNG, PRISCO, | |
| Defendant. | |

COUNT 1

(<u>Assault on a Federal Officer with Bodily Injury</u>)

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about September 12, 2007, on Saipan, in the District of the Northern Mariana Islands, Prisco Ongrung, a/k/a Prisco Omgrung; did intentionally, forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Title 18, United States Code, Section 1114, that is, United States Department of Interior National Park Service Law Enforcement Ranger Samuel Martinsen, while he was engaged in and on account of the performance of his official duties. During this action, the defendant struck Law Enforcement Ranger Samuel Martinsen in the head, thereby inflicting bodily injury upon Law Enforcement Ranger Samuel Martinsen, all in violation of Title 18, United States Code, Sections 111(a) and (b). I further state that I am a Law Enforcement Ranger of the United States Department of Interior National Park Service and that this complaint is based on the following facts:

See attached probable cause statement, hereby incorporated by reference as if fully restated herein.

Complaint is continued on the attached sheets, which are made a part hereof.

<u>Law Enforcement Ranger Samuel Martinsen</u>　　　*[signature]*
Name of Complainant　　　　　　　　　　　　　　Signature of Complainant

Authorized by AUSA Beverly R. McCallum

Sworn to before me and subscribed in my presence,

9/12/07  6:35 PM　　　　　　　　　　　　　　　　Saipan,　CNMI
Date　　　　　　　　　　　　　　　　　　　　　　City and State

*[signature]*
Signature of Judicial Officer
Honorable Alex R. Munson
United States District Judge

Probable Cause Statement

I, Samuel James Martinsen, am a United States ("U.S.") Department of Interior National Park Service Law Enforcement Ranger. I have been employed with the U.S. Department of Interior as a Law Enforcement Ranger since August 1990. I am currently assigned to American Memorial Park on Saipan, in the Northern Mariana Islands, a U.S. Commonwealth.

At approximately 9:30 a.m. on Wednesday, September 12, 2007, while on patrol at the Outer Cove Marina (within the boundaries of American Memorial Park, a U.S. National Park), I saw a green Chevrolet Pickup being driven by Prisco ONGRUNG, a/k/a Prisco Omgrung. I had given Mr. ONGRUNG several warnings in the past for operating his vehicle without a current Commonwealth of the Northern Mariana Islands ("CNMI") driver license.

On the above date I was leaving the Outer Cove Marina area, when I saw Mr. ONGRUNG driving into that area. The posted speed limit is 10 mph, and I believed Mr. ONGRUNG to be driving faster than that. I turned around and followed him to a parking spot. I then parked my patrol vehicle and walked to his driver-side door. When I arrived I asked him if he had gotten his CNMI driver license yet. Mr. ONGRUNG answered, "No."

Mr. ONGRUNG went on to tell me that he had a court hearing on September 20, 2007. I reminded him that when I had contacted him about 3 to 4 weeks ago, he said that he would have his license within two weeks. I had given him verbal warnings after my past two or more contacts. On September 12, 2007, I told Mr. ONGRUNG that I would not give him a warning. I told him that I would instead issue a citation to him and that if he came to court with a valid CNMI driver license, I would ask the judge to dismiss the case.

I then returned to my vehicle and began to write the citation. As I was writing, Mr. ONGRUNG started to walk away (in a northerly direction). I told him to stop. He turned around and asked me why I was harassing him. I told him that I wasn't harassing him, but that I could no longer overlook his violation of driving without a driver license. Mr. ONGRUNG turned away from me and began walking in a northerly direction once again. I ordered him to stop, but he refused to acknowledge my command. I left my vehicle, called for backup and pursued him. When I caught up with Mr. ONGRUNG, I walked by his side while telling him repeatedly to stop.

Despite the above commands to stop, Mr. ONGRUNG continued to disregard my commands. I told him that if he didn't stop, then he was only going to be in more trouble. Again he ignored my command to stop. As we walked, I positioned myself in front of him. Using my right forearm, I placed it on his upper left-shoulder area. At that time, Mr. ONGRUNG swung a fanny pack that he was carrying and forcefully hit me on the right side of my face. I could feel blood running down my face as I backed away. I told him to put the fanny pack down, but Mr. ONGRUNG refused to do so.

After Mr. ONGRUNG's refusal to comply with my command to put the fanny pack down, I drew my service weapon, pointed it at him and again ordered him to put the pack down. He said, "Shoot me." As I collected my thoughts, I holstered my weapon, grabbed his fanny pack, and pulled it from his grasp. A struggle ensued, but I was finally able to take Mr. ONGRUNG to the ground. Manuel Muna, an American Memorial Park maintenance employee, ran to my assistance as I was struggling with Mr. ONGRUNG. Mr. Muna then

//

helped me to subdue Mr. ONGRUNG, whom I later turned over to U.S. Marshal custody.

_09/12/2007_
Date

[signature]
Law Enforcement Ranger
Samuel Martinsen