AO 442 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

F I L E D
Clerk
District Court

SEP 13 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

  Plaintiff,

  V.

**WARRANT FOR ARREST**

**ONGRUNG, PRISCO,**
**a/k/a OMGRUNG, PRISCO,**

CASE NUMBER: **CR 07 - 00027**

  Defendant.

To: The United States Marshal
 and any Authorized United States Officer

  YOU ARE HEREBY COMMANDED to arrest  **ONGRUNG, PRISCO, a/k/a OMGRUNG, PRISCO,**
                        Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Assault on a Federal Officer with Bodily Injury**

in violation of Title **18** United States Code, Section(s) **111(a) & (b)**

and in violation of Title __ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signed)* Alex R. Munson | 9-12-07   SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ 10,000.00 | by *(signed)* Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Saipan, CNMI, American Memorial Park**

| DATE RECEIVED 09-13-07 | NAME AND TITLE OF ARRESTING OFFICER CIDUSM #3086 W. Calvert USMS D/NMI for Sam Mortkinson NPS LEO Ranger | SIGNATURE OF ARRESTING OFFICER *(signed)* |
|---|---|---|
| DATE OF ARREST 09-12-07 | | |