# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00027                                                                                                September 13, 2007
                                                                                                               9:00 a.m.

**UNITED STATES OF AMERICA  -V- PRISCO ONGRUNG aka Prisco Omgrung**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           TINA P. MATSUNAGA, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           PRISCO ONGRUNG, DEFENDANT
           BEVERLY R. MCCALLUM, ASSISTANT U.S. ATTORNEY
           SAM MARTINSEN, NATIONAL PARK RANGER

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Beverly R. McCallum,  AUSA together with Sam Martinsen, National Park Ranger.

Defendant informed the Court that he will retain counsel.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings, including his right to be represented by court appointed counsel.

Court continued the case to **October 3, 2007 at 9:00 a.m. for Preliminary Examination.**

No Objection by the Government for the release of defendant upon a third-party custodian and to surrender his passport to the Court.

The Court ordered the defendant be released upon the approval of a third-party custodian and upon the posting of a $10,000.00 Secured Bond and on the following conditions:

1) That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2) That the defendant shall surrender her passport and any other travel documents and not obtain any other travel documents or passport;

3) That the defendant refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

4) That the defendant avoid all contact, directly or indirectly, with any persons who are

      or who may become a victim or potential witness in the subject investigation or prosecution;

5)     That the defendant shall refrain from any and all alcohol;

6)     That the defendant refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the Commonwealth;

7)     That the defendant shall maintain local residence and not relocate his residence without first notifying the Court and that he provide a map to his residence to the U.S. Marshal;

8)     The defendant must not leave the island of Saipan without written permission from the Probation Officer;

9)     The defendant post a secured bond of $10,000.00 cash;

10)     The defendant be released to the custody of a court-approved third party custodian;

11)     That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

12)     That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

    Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

    Court recessed at 9:10 a.m.

    Defendant returned to Court at 9:40 a.m. and informed the Court that he was not able to afford an attorney and requested for court appointed counsel.

    Defendant was examined as to his ability to pay for representation. Court found the defendant to be qualified for court appointment and ordered counsel to be appointed for defendant.

    Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                  Adjourned at 9:50 a.m.

                                  /s/Tina P. Matsunaga, Courtroom Deputy