# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**************************************************************

CR-07-00027

September 14, 2007
2:10 p.m.

### UNITED STATES OF AMERICA  -V- PRISCO ONGRUNG aka Prisco Omgrung

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
TINA MATSUNAGA, COURTROOM DEPUTY
FAYE CROZAT, COURT REPORTER
PRISCO ONGRUNG, DEFENDANT
BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   DEFENDANT'S MOTION TO MODIFY BAIL

Defendant appeared with counsel Kelley Butcher.  Government was represented by Beverly McCallum,  Assistant United States Attorney.

Defense called proposed third-party custodian Bernadita R. Cabrera to the witness stand.

No Objection by the Government for the release of defendant to proposed third-party custodian, Bernadita R. Cabrera.

The Court found Ms. Cabrera to be qualified as the third-party custodian for defendant and ordered that the defendant be released upon the surrender of the titles to the Yamaha and Glastrom Boats in lieu of the $10,000.00 Secured Bond and on the following conditions:

1)    That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions  and that he must report at any time as requested;

2)    That the defendant shall surrender her passport and any other travel documents  and not obtain any other travel documents or passport;

3)    That the defendant refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

4)    That the defendant avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution;

5)    That the defendant shall refrain from any and all alcohol;

6)    That the defendant refrain from use or unlawful possession of a narcotic drug or

other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the Commonwealth;

7)     That the defendant shall maintain local residence and not relocate his residence without first notifying the Court and that he provide a map to his residence to the U.S. Marshal;

8)     The defendant must not leave the island of Saipan without written permission from the Probation Officer;

9)     The defendant be released to the custody of a court-approved third party custodian;

10)    That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

11)    That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed;

12)    That the defendant contact the Probation Office prior to going to the American Memorial Park;

13)    That the defendant submit to anger management counseling as directed by the U.S. Probation Office.

Defendant was remanded into the custody of the U.S. Marshal.


Adjourned at 2:40 p.m.


/s/Tina P. Matsunaga, Courtroom Deputy