F I L E D
Clerk
District Court

SEP 2 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRISCO ONGRUNG,<br>a/k/a/ PRISCO OMGRUNG,<br><br>Defendant. | Criminal Case No.: CR-07-00027<br><br>I N D I C T M E N T<br><br>18 U.S.C. § 111(a) and (b): Assault on a Federal Officer with Bodily Injury (Count 1) |

THE GRAND JURY CHARGES:

COUNT 1

On or about September 12, 2007, within the District of the Northern Mariana Islands, the defendant, PRISCO ONGRUNG, a/k/a PRISCO OMGRUNG, knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate and interfere with Law Enforcement Park Ranger Samuel Martinsen, an employee of the United States Department of the Interior, National Park Service, while Samuel Martinsen was engaged in his official duties, and in so acting did inflict bodily injury upon Samuel Martinsen.

In violation of Title 18, United States Code, Section 111(a) and (b).

Dated this 24th day of September, 2007.

A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
BEVERLY R. MCCALLUM
Assistant United States Attorney