# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00027 September 25, 2007
9:00 a.m.

**UNITED STATES OF AMERICA  -V- PRISCO ONGRUNG aka Prisco Omgrung**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           MICHELLE MACARANAS, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           PRISCO ONGRUNG, DEFENDANT
           KELLEY BUTCHER, COURT APPOINTED COUNSEL
           BEVERLY R. MCCALLUM, ASSISTANT U.S. ATTORNEY
           SAM MARTINSEN, NATIONAL PARK RANGER

PROCEEDINGS:   INITIAL APPEARANCE / ARRAIGNMENT

Defendant appeared with court appointed counsel, Kelley Butcher.  Government was represented by Beverly R. McCallum,  AUSA together with Sam Martinsen, National Park Ranger.

Defense  stated that they were ready to proceed with the Arraignment.

Defendant was sworn and examined as to his understanding of  his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **Monday, November 26, 2007  at 9:00 a.m.**  Pretrial motions shall be filed no later than **October 16, 2007.**  Government moved the court to extend pretrial motions deadline from October 9, 2007 for a week.  There being no objections.  Court so ordered that pretrial motions shall be filed no later than October 16, 2007.

Court took up matters regarding bail.  After all arguments regarding defendant's conditions of release with the probation officer, Court ordered that the defendant remain at liberty as previously set by the court.  However added the following condition:

Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretial services office or supervising officer.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 9:20 a.m.

/s/ Michelle Macaranas, Deputy Clerk