FILED
Clerk
District Court
SEP 25 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   -v-  )<br>  )<br> PRISCO ONGRUNG aka Prisco Omgrung  )<br>  )<br>   Defendant.  )<br>_____ ) | CRIMINAL CASE NO. 07-00027-001<br><br>ORDER<br>SETTING TRIAL DATE |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, NOVEMBER 26, 2007 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **TUESDAY, OCTOBER 16, 2007, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

6)   Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 25th day of September, 2007.

_____
ALEX R. MUNSON
Chief Judge