PS 42
(Rev. 07/93)

# United States District Court
District of the Northern Mariana Islands

FILED
Clerk
District Court

SEP 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

United States of America          )
                                  )
              vs.                 )
Prisco Ongrung                    )
                                  )        Case No:  07-00027-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Prisco Ongrung__, have discussed with __Margarita Wonenberg__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/25/07   _____  9-25-07
Prisco Ongrung           Date      Margarita Wonenberg       Date
Signature of Defendant             Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

Kelley Butcher  _____   9/25/07
Signature of Defense Counsel                Date

[X] The above modification of conditions of release is orderd, to be effective on  9-25-07

[ ] The above modification of conditions of release is *not* ordered.

_____                      9-25-07
Honorable Alex R. Munson                     Date
Chief Judge
U.S. District Court of the Northern Marianas Islands