Law Office of G. Anthony Long
P. O. Box 504970
Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRISCO ONGRUNG,<br>a/k/a PRISCO OMGRUNG,<br><br>　　　　　Defendant. | No.: CR-07-00027<br><br>**MOTION TO CONTINUE TRIAL** |

　　　Defendant, by and through undersigned counsel, respectfully moves this Court to continue the trial in the above-captioned matter, which is currently set for November 26, 2007. After communicating with the Court, counsel for the Defendant has learned that the Court might be able to accommodate a new trial date starting on either December 10, 2007 at 9:00 a.m. or on December 17, 2007 at 9:00 a.m.

　　　Undersigned counsel will be off island from November 3, 2007 until November 13, 2007. This request to the Court is not an attempt to delay the trial, undersigned counsel is requesting more time in order to fully and adequately prepare for a jury trial. Under these circumstances, undersigned counsel requires additional time in which to review discovery with Defendant and properly to prepare his defense. Undersigned counsel has consulted the Defendant in this case, Mr. Prisco Ongrung, and he has no objection to a waiver of his right to speedy trial. Assistant United States Attorney Beverly R. McCallum has also been consulted and has no objection to such continuance..

　　　Respectfully submitted this 15th day of October 2007.

Law Office of G. Anthony Long

by: __s/Kelley M. Butcher__
Kelley M. Butcher

CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2007, I transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

Beverly R. McCallum                            Beverly.mccallum@usdoj.gov
Assistant U.S. Attorney

by: _s/ Kelley Butcher_
Kelley Butcher

2