FILED
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRISCO ONGRUNG,<br>a/k/a PRISCO OMGRUNG,<br><br>　　　　　　Defendant. | Case No.: CR-07-00027<br><br>**WAIVER OF SPEEDY TRIAL**<br><br>Hearing Date: October 25, 2007<br>Hearing Time: 8:30 a.m.<br>Judge:　　　　Hon. Alex R. Munson |

I, PRISCO ONGRUNG, having been fully advised of my rights to a speedy trial, and having been advised that this right is granted to me by the Constitution of the United States and by federal case and statutory law interpreting the Constitution, and having been fully advised that my trial can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy trial, do hereby waive my right to a speedy trial freely and without coercion. I also request that the time from the execution of this waiver up to and including ~~October 15,~~ DECEMBER 31, 2007, be excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act.

I require more time in order to prepare my case for trial. I request the Court to find from this and other representations made by my attorney and me in open court and by the Assistant United States Attorney in charge of this case that this waiver is in my best interest. I further request that this Court find that the ends of justice served by allowing this continuance of trial

outweigh any other interest that I or the general public may have in a speedy trial as defined by the United States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

*[signature]*
PRISCO ONGRUNG
Defendant

*[signature]*
KELLEY BUTCHER
Counsel for Defendant