# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00027　　　　　　　　　　　　　　　　　　　　October 25, 2007
　　　　　　　　　　　　　　　　　　　　　　　　　　　8:30 a.m.

### UNITED STATES OF AMERICA -vs- PRISCO ONGRUNG

PRESENT:　　HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
　　　　　　ABIGAIL ROBINSON, LAW CLERK
　　　　　　LYNN LEMIEUX, COURTROOM DEPUTY
　　　　　　SANAE SHMULL, COURT REPORTER
　　　　　　BEVERLY Mc CALLUM, ASSISTANT U.S. ATTORNEY
　　　　　　PRISCO ONGRUNG, DEFENDANT
　　　　　　KELLY BUTCHER, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

　　　　Defendant was present with court appointed counsel, Attorney Kelly Butcher. Government by Beverly McCallum, AUSA.

　　　　Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

　　　　Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

　　　　The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including, **December 31, 2007** and that jury trial would commence on **Monday**, **December 10, 2007 at 9:00 a.m.** in this courtroom.

　　　　　　　　　　　　　　　　　　　　Court adjourned at 8:45 a.m.

　　　　　　　　　　　　　　　　　　　　/s/K. Lynn Lemieux, Courtroom Deputy