PS 40A
(REV. 6/05)

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| TO: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | FROM: | Melinda Brunson, U.S. Probation Officer<br>Horiguchi Bldg, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950 |
|---|---|---|---|

[X] **Original Notice**

[ ] **Disposition of Original Notice**

**F I L E D**
**Clerk**
**District Court**

**Date:** October 26, 2007

**Date:** _____

**OCT 2 6 2007**

**BY:** Honorable Alex R. Munson

**BY:** _____

For The Northern Mariana Islands
By_____
(Deputy Clerk)

---

Defendant:     ONGRUNG, Prisco          Case Number: 07-00027-001

Date of Birth: XX-XX-1972               Place of Birth: Palau

SSN:           XXX-XX-7663              Alien ("A") Number:     None

---

**NOTICE OF COURT ORDER** (Order Date: _____ 9/25/07 _____ )

[X] The above-named defendant surrendered Passport Number _____ RPXXXXXXX _____ (Issuing
    Country: _____ Republic of Palau _____ ) to the custody of the U.S. District Court on _____ 9/13/07 _____ .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)