**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | Case No.: CR-07-00027 |
| Plaintiff, ) | |
| ) | **MOTION TO VACATE JURY TRIAL** |
| v. ) | **AND SET FOR CHANGE OF PLEA** |
| ) | **HEARING** |
| ) | |
| PRISCO ONGRUNG, ) | Hearing Date:  December 10, 2007 |
| a/k/a PRISCO OMGRUNG, ) | Hearing Time:  9:00 a.m. |
| ) | Judge:  Hon. Alex R. Munson |
| Defendant. ) | |

Defendant, PRISCO ONGRUNG, by and through his counsel of record, hereby requests that the Court vacate the time and date set for jury trial in the above captioned case and instead set this matter for a change of plea hearing for the same date and time.  Jury Trial in this case is currently set for December 10, 2007 at 9:00 a.m., however, at this time the defendant is seeking a non-trial disposition of this matter.  Counsel for the Government has been informed that the defendant is requesting a change of plea hearing to be heard on or before December 10, 2007 at 9:00 a.m.

_____/s/_____
KELLEY BUTCHER
Counsel for Defendant