F I L E D
Clerk
District Court

DEC - 4 2007

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRISCO ONGRUNG,<br><br>Defendant. | Criminal Action No. 07-00027<br><br>Order Vacating Trial and Setting Change of Plea Hearing |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Kelley Butcher
Attorney at Law
P.O. Box 504970
Saipan, M9 96950

The Trial in this case set for December 10, 2007, is taken off-calendar. A Change of Plea Hearing is set for Monday, December 10, 2007, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 4th day of December, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)