# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00027                                                    December 10, 2007
                                                               9:20 a.m.

### UNITED STATES OF AMERICA -v- PRISCO ONGRUNG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           KELLEY BUTCHER, ATTORNEY FOR DEFENDANT
           PRISCO ONGRUNG, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Kelley Butcher. Government was represented by Beverly McCallum, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered an Presentence Investigation Report be submitted by February 12, 2008 and that the **Sentencing hearing be set for Tuesday, March 18, 2008 at 9:00 a.m.**

Court ordered the defendant would be released on the same terms and conditions as previously set.

Adjourned at 9:55 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy