```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    DEC 1 0 2007

                                              For The Northern Mariana Islands
         UNITED STATES DISTRICT COURT By_____
                        FOR THE              (Deputy Clerk)
                 NORTHERN MARIANA ISLANDS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00027 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| PRISCO ONGRUNG, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **February 12, 2008.** Sentencing is scheduled for **Tuesday, March 18, 2008** commencing at the hour of nine o'clock a.m.

DATED this 10th day of December, 2007.

                                    _____
                                    ALEX R. MUNSON, Chief Judge