FILED
Clerk
District Court

FEB 1 4 2008

for The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00027-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| PRISCO ONGRUNG, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 18, 2008. It is requested that the sentencing date be moved to April 8, 2008 and the presentence report be due to the court March 4, 2008. The Probation Officer requires additional time to complete restitution issues. The attorneys for the defendant and the government have no objection to the continuance.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

DATE: 2/14/08       By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist