```
                                                F I L E D
                                                   Clerk
                                                District Court

                                                FEB 1 4 2008

                                            For The Northern Mariana Islands
                                            By_____
                                                   (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-00027-001 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | TO CONTINUE SENTENCING |
| PRISCO ONGRUNG, ) | |
| ) | |
| Defendant ) | |

BASED UPON the motion for continuance of the United States Probation Officer, and there being no objection from the parties to the requested continuance; NOW, THEREFORE,

IT IS ORDERED that the sentencing presently set for March 18, 2008, be and hereby is continued to **Tuesday, April 8, 2008 at 8:30 a.m.**

DATED this 14th day of February, 2008.

*Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)