**ORIGINAL**

# United States District Court
## DISTRICT OF
## Northern Mariana Islands

FILED
Clerk
District Court

APR -4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRISCO ONGRUNG
aka Prisco Omgrung,

Defendant.

**SUBPOENA**

CASE NUMBER: CR 07-000027

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL  ☒ CRIMINAL | ☒ PERSON   ☐ DOCUMENT(S) or OBJECT(S) |

TO: Law Enforcement Ranger Sam Martinsen
U.S. Department of the Interior, National Park Service
American Memorial Park
P.O. Box 5198 CHRB
Saipan, MP 96950

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT  First Floor, Horiguchi Building  Saipan, MP 96950 | 101 |
| | DATE AND TIME  Tuesday, April 8, 2008  8:30 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| **GALO L. PEREZ**  (BY) DEPUTY CLERK | April 3, 2008 |

This subpoena is issued upon application of the:

☐ Plaintiff   ☐ Defendant   ☒ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
**BEVERLY McCALLUM, AUSA**
U.S. Attorney's Office
Third Floor, Horiguchi Building
P.O. Box 500377, Saipan, MP 96950
(670) 236-2980
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

AO 110 (Rev. 12/89)

ORIGINAL

| RETURN OF SERVICE(1) | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE<br>4-3-08 | PLACE<br>Clerk Office | |
| SERVED | DATE<br>4-3-08 | PLACE<br>Residence As Ted | |

SERVED ON (PRINT NAME)

| SERVED BY (PRINT NAME)<br>Bryan Piercy | TITLE<br>Chief Ranger - NPS |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER(2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4-3-08
_____
Date

Signature of Server

PO Box 5198 Saipan, MP
_____
Address of Server

ADDITIONAL INFORMATION

---

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"