LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
DISTRICT OF THE NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP  96950-0377
Telephone:    (670) 236-2980
Fax:               (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00027 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF HEARING |
| PRISCO ONGRUNG, ) a.k.a. Prisco Omgrung ) | |
| Defendant. ) | |

    After consultation each with the others, the parties and the Court agree that the sentencing proceeding in this cause be continued from Tuesday, April 8, 2008, to **Thursday, April 24, 2008**, at **10:00 a.m.** Further, Defendant waives any right that he may have to a speedy sentencing.

    Respectfully submitted this 8th day of April, 2008.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        District of the Northern Mariana Islands

                                                              /s/ *Beverly R. McCallum*
                                         By:   BEVERLY R. McCALLUM
                                                        Assistant United States Attorney

-2-

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically served the attached document on the following Electronic Case Filing user, by means of a Notice of Electronic Filing:

Kelley M. Butcher, Esq.            kmb@nmilaw.com
Attorney for the Defendant

by   /s/ *Beverly R. McCallum*
     Beverly R. McCallum