**ORIGINAL**

# United States District Court
## DISTRICT OF
## Northern Mariana Islands

FILED
Clerk
District Court

APR 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA, | SUBPOENA |
|---|---|
| Plaintiff, | |
| v. | CASE NUMBER: CR 07-00027 |
| PRISCO ONGRUNG, a/k/a PRISCO OMGRUNG, | |
| Defendant. | |

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐CIVIL  ☒CRIMINAL | ☒PERSON   ☐DOCUMENT(S) or OBJECT(S) |

TO:
Samuel L. Martinsen
U.S. Department of the Interior, National Park Service
American Memorial Park
P.O. Box 5198 CHRB
Saipan, MP 96950

**RECEIVED**
APR 09 2008
US MARSHALS SERVICE-CNMI

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>First Floor, Horiguchi Building<br>Saipan, MP 96950 | 101 |
| | DATE AND TIME<br>Thursday, April 24, 2008<br>10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| GALO L. PEREZ | April 8, 2008 |
| (BY)DEPUTY CLERK [signature] | |

| This subpoena is issued upon application of the:<br><br>☐Plaintiff  ☐Defendant  ☒U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO:<br>BEVERLY R. McCALLUM, AUSA<br>U.S. Attorney's Office<br>Third Floor, Horiguchi Building<br>P.O. Box 500377, Saipan, MP 96950<br>(670) 236-2980<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

| | | RETURN OF SERVICE(1) | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 4-9-08 | PLACE | USDC NMI |
| SERVED | DATE 4-9-08 | PLACE | D/NMI SAIPAN |
| SERVED ON (PRINT NAME) | NPS LEO Ranger Martinsen | | |
| SERVED BY (PRINT NAME) W. M. Calvert | | TITLE | CIDUSM |

**STATEMENT OF SERVICE FEES**

| TRAVEL | N/A | SERVICES | N/A | TOTAL | $0.00 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER(2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  04/09/74
             Date                Signature of Server

Address of Server: USMS PO Box 500570 Saipan MP 96950

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".