# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) Case No.: CR-07-00027 |
| Plaintiff, | ) |
| | ) UNOPPOSED MOTION TO CONTINUE |
| v. | ) SENTENCING HEARING |
| | ) |
| PRISCO ONGRUNG, | ) Hearing Date: April 24, 2008 |
| a/k/a PRISCO OMGRUNG, | ) Hearing Time: 10:00 a.m. |
| | ) Judge: Munson |
| Defendant. | |

Defendant, PRISCO ONGRUNG, by and through his counsel of record, hereby requests that the Court continue the Sentencing Hearing in this case. Sentencing in this case is currently set for April 24, 2008 at 10:00 a.m., however, defense counsel is involved in a multi-party litigation which currently has a hearing scheduled for 9:000 a.m. on that date. The defendant is requesting for the sentencing hearing to be heard on April 29, 2008 at 10:00 a.m.

Defense counsel is not requesting a continuance for the purposes of delaying sentencing. Counsel for the Government has been informed of the request for continuance and the proposed date and does not oppose that request. The U.S. Probation Officer handling this case has also been informed of the motion and does not oppose either the request for continuance or the proposed date.

_____ /s/ _____
KELLEY BUTCHER
Counsel for Defendant