UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

APR 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRISCO ONGRUNG,<br><br>Defendant. | Criminal Action No. 07-00027<br><br>Order Continuing Sentencing Date |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Kelley Butcher
Attorney at Law
P.O. Box 504970
Saipan, M9 96950

Pursuant to the request of counsel for the defendant and representation that the Government has no objection, the motion to continue the sentencing for Prisco Ongrung scheduled for Thursday, April 24, 2008, is rescheduled to Tuesday, April 29, 2008, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 21st day of April, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)