Law Office of G. Anthony Long
P.O. Box 504970
San Jose, Saipan, MP 96950
Telephone: (670) 235-4802
Facsimile: (670) 235-4801

F I L E D
Clerk
District Court

MAY - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRISCO ONGRUNG,<br><br>Defendant. | Case No.: CR-07-00027<br><br>**MOTION FOR RELEASE FROM CUSTODY** |

Defendant, Prisco Ongrung, by and through his counsel of record, hereby requests that the Court order the release of Mr. Ongrung from custody until such time as he would need to report to the U.S. Marshall service for the start of his custodial sentence.

At a sentencing hearing on April 29, 2008 the Court allowed Mr. Ongrung to be at liberty until Friday May 2, 2008 at 3:30 p.m. However because of unresolved cases from CNMI Superior Court, Mr. Ongrung was immediately remanded into custody pending the resolution of those cases. As of April 30, 2008 Traffic Case No 96-10953 has been closed by the Superior Court and Traffic Case No 00-7872 has been dismissed with prejudice. See Attachments.

In light of the resolution of those cases, Mr. Ongrung moves this court to order his release at this time.

Respectfully submitted this 1st day of May, 2008

_____
Kelley M. Butcher, Esq.

```
1
```
Edward T. Buckingham, Assistant Attorney General
OFFICE OF ATTORNEY GENERAL, Criminal Division
Commonwealth of the Northern Mariana Islands
Susupe, Saipan, MP 96950
Tel: (670) 664-2366/2367
Fax: (670) 234-7016

Attorneys for PLAINTIFF

## IN THE SUPERIOR COURT OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | ) ) ) | TRAFFIC CASE NO. 96-10953 |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | [PROPOSED] ORDER |
| PRISCO ONGRUNG, | ) ) | |
| Defendant. | ) ) | |

The Commonwealth of the Northern Mariana Islands, having filed a motion to dismiss the above referenced traffic case, good cause appearing, it is hereby **ORDERED** that this case be **DEEMED CLOSED**.

DATED    APR 3 0 2008

_____
Hon. Kenneth L. Govendo
Associate Judge

Edward T. Buckingham, Assistant Attorney General
OFFICE OF ATTORNEY GENERAL, Criminal Division
Commonwealth of the Northern Mariana Islands
Susupe, Saipan, MP 96950
Tel: (670) 664-2366/2367
Fax: (670) 234-7016

Attorneys for PLAINTIFF

IN THE SUPERIOR COURT OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | ) ) ) | TRAFFIC CASE NO. 00-7872 |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] |
| vs. | ) ) | ORDER |
| PRISCO ONGRUNG, | ) ) | |
| Defendant. | ) ) | |

The Commonwealth of the Northern Mariana Islands, having filed a motion to dismiss the above referenced traffic case, good cause appearing, it is hereby **ORDERED** that this case be **DISMISSED** with prejudice.

DATED  APR 3 0 2008

_____
Hon. Kenneth L. Govendo
Associate Judge

-3-