FILED
Clerk
District Court

MAY - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: CR-07-00027 |
| Plaintiff, | **ORDER** |
| v. | |
| PRISCO ONGRUNG, | |
| Defendant. | |

Based on the resolution of the defendant's CNMI Superior Court cases, the defendant is hereby released from custody until May 2, 2008 at 3:30. At that time he must report himself back to the custody of the U.S. Marshalls office.

So Ordered this 1ST day of May, 2008.

*[signature]*
Hon. Alex R. Munson
Chief Judge