FILED
Clerk
District Court

MAY -1 2008

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | Melinda Brunson, U.S. Probation Officer<br>Horiguchi Bldg, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950 |
| [X] | **Original Notice** | [X] | **Disposition of Original Notice** |
| **Date:** | October 26, 2007 | **Date:** | April 29, 2008 |
| **BY:** | Honorable Alex R. Munson | **BY:** | Honorable Alex R. Munson |

| | | | |
|---|---|---|---|
| Defendant: | ONGRUNG, Prisco | Case Number: | 07-00027-001 |
| Date of Birth: | XX-XX-1972 | Place of Birth: | Palau |
| SSN: | XXX-XX-7663 | Alien ("A") Number: | None |

**NOTICE OF COURT ORDER** (Order Date: 9/25/07 )

[X]  The above-named defendant surrendered Passport Number  RPXXXXXXX  (Issuing Country:  Republic of Palau  ) to the custody of the U.S. District Court on  9/13/07  .

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[X]  Defendant convicted.

Distribution:
~~Honorable Clerk of Court~~
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)